UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

IN RE:  LAKENYA RENAE YOUNG MITCHELL,      { CHAPTER 13

                                                       {

              DEBTOR                              {

                                                       { CASE NO. A25-58374-BEM

                                                       {

                                                       { JUDGE ELLIS-MONRO

**<u>OBJECTION TO CONFIRMATION</u>**

COMES NOW K. EDWARD SAFIR, CHAPTER 13 TRUSTEE, herein, and objects to Confirmation of the plan for the following reasons:

1.  The Debtor's payments under the proposed plan are not current.

2.  The Chapter 13 plan fails to provide for the assumption and funding of executory contract owed to Family Heirloom Storage. 11 U.S.C. § 365(b)(1)(C); specifically, Debtor testified at the 341 meeting she wants to assume the lease.

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

1.

3.  The Chapter 13 budget fails to provide for the monthly expense of post-petition income tax liability on self-employment income of $2,500.00 per month, and tax escrow slips have not been submitted; thereby, indicating that the proposed budget and Plan are infeasible, 11 U.S.C. Section 1325(a)(6).

4.  The proposed plan fails to provide for the treatment of all creditors; specifically, Debtor testified at the 341 meeting she needs to add creditors.

5.  Pursuant to the Debtor's testimony at the 341 Meeting of Creditors, the Debtor has an executory contract with a residential lease.  Both Schedule G of the Debtor's petition and the Debtor's Chapter 13 Plan fail to reflect this executory contract and provide adequate notice to this creditor.  11 U.S.C. §§ 342, Fed. R. Bankr. P. 1007(a)(1).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of this Debtor's plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

_____/s/_____
Deborah A. Reece, Attorney
for Chapter 13 Trustee
GA Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

2.

A25-58374-BEM

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing pleading using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Law Offices of Stanley J. Kakol, Jr.

I further certify that on this day I caused a copy of this document to be served via first-class United States mail, postage prepaid, on the following parties at the address shown for each:

Lakenya Renae Young Mitchell
2025 Barrett Lake Blvd., NW
Apt. 3202
Kennesaw, GA 30144

This         day of September, 2025

Respectfully submitted,

_____/s/_____
Deborah A. Reece, Attorney
for Chapter 13 Trustee
GA Bar No. 283016

K. Edward Safir, Chapter 13 Trustee
285 Peachtree Center Ave., NE
Suite 1600
Atlanta, GA 30303
(404) 525-1110
deborahr@atlch13tt.com

3.